**LAW OFFICE OF**
# GARBER LEGAL PLLC.
263 BOWERY – 3ʀᴅ FLOOR
New York, N.Y. 10002

---

ADMITTED NY & FL

TEL:   (212) 779-2740
FAX:   (212) 779-2748
E-mail: GREG@GARBERLEGAL.COM

August 5, 2025

SO ORDERED

The conference scheduled for August 7, 2025, is adjourned to September 17, 2025 at 10:00 a.m.

*George B. Daniels*

AUG 0 6 2025

**VIA ECF**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Sanchez v. United States of America
      Docket No.: 25-cv-04647

Dear Honorable Judge Daniels:

This firm represents the plaintiff, Luis Rey Sanchez, with respect to the above-mentioned matter. This letter is written as a request to adjourn the Initial Pre-Trial Conference that is currently scheduled for August 7, 2025.

Plaintiff makes the request to adjourn so that Plaintiff has time to serve the defendant, the United States of America. Plaintiff filed a proposed Summons on June 5, 2025; however, the Summons was not yet signed. On August 5, 2025, Plaintiff re-filed the proposed Summons under a different filing heading.

I thank this Court for its time and consideration.

Respectfully Submitted,

Greg Garber, Esq.